IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DEBRA L. POLLARD                                                         PLAINTIFF

     v.                            CIVIL NO.: 09-3017

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                           DEFENDANT

## O R D E R

On this 19th day of October, 2010, the Court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 42 U.S.C. § 406(b). For reasons set forth in the Report and Recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on September 8, 2010, the Court finds that the request should be granted. The Court hereby adopts the Magistrate Judge's recommendations *in toto* and awards plaintiff attorney's fees in the amount of $969.10.

     IT IS SO ORDERED.

                                                      /s/ **Jimm Larry Hendren**
                                                   HONORABLE JIMM LARRY HENDREN
                                                   CHIEF UNITED STATES DISTRICT JUDGE